UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TAYLOR,

    Plaintiff,                                                  Case No. 1:21-cv-355

v.                                                                        Hon. Ray Kent

THE CITY OF THREE RIVERS,
et al,

    Defendants.
_____/

**ORDER STAYING CASE**

The parties appeared for a Rule 16 Scheduling Conference this date. As more fully discussed on the record, the Rule 16 Conference is adjourned and the case is **STAYED** until the Court rules on defendants' pending motion to dismiss (ECF No. 20). Plaintiff has failed to file a response to defendants' motion to dismiss, but at the time of the hearing requested that his "Statement of the Case" contained in the parties' Joint Status Report (ECF No. 28, PageID.47-50) serve as his response to the motion to dismiss. The Court agrees to allow this statement to serve as plaintiff's response brief. Defendants may file a reply within seven days. There shall be no further briefing.

Should the case survive summary judgment, the Rule 16 Conference will be rescheduled.

        **IT IS SO ORDERED.**

Dated: July 12, 2021                      /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge