UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TAYLOR,

    Plaintiff,

v.

CITY OF THREE RIVERS and
JUSTIN HOLBROOK,

    Defendants.
                             /

Case No. 1:21-cv-355

Hon. Ray Kent

**JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Robert Taylor.

Dated: March 29, 2022          /s/ Ray Kent
                                                 RAY KENT
                                                 United States Magistrate Judge